# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

July 10, 2012

| | |
|---|---|
| No.: 12-1063 | DIJON R. GRISSETTE, Plaintiff - Appellant <br><br> v. <br><br> PAT PEREZ, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:11-cv-05786 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber | |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on June 11, 2012 and was given fourteen (14)days to pay the $455.00 filing fee. The pro se appellant has not paid the $455.00 appellate fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

CERTIFIED COPY

A True Copy
Teste:

_Gareth Ippraw_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_PLRA_3bFinalOrder**(form ID: **142**)